THOR J. WESTERBERG, Respondent, v. TIDE WATER ASSOCIATED OIL COMPANY, Defendant and Third-Party Plaintiff-Appellant. CLEVELAND QUARRIES COMPANY, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 964.]

In the Matter of HOTEL WALDORF ASTORIA CORPORATION against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 924.]

VOCATIONAL GUIDANCE MANUALS, INC., v. UNITED NEWSPAPER MAGAZINE CORPORATION et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ. [See 280 App. Div. 593.]

LOUIS ANGELINA v. EUCLID CONCRETE CORP. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ. [See 280 App. Div. 918.]

BENNETT ROSE et al. v. HARRY SCHUMER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 966.]

J. P. G. REALTY CORP., Appellant-Respondent, v. RENTWAYS, INC., Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See 280 App. Div. 928.]

WILLIAM J. CULLEN, Individually and as a Stockholder of Governor Clinton Co., Inc., Suing on Behalf of Himself and All Other Stockholders of Said Company, Similarly Situated, v. GOVERNOR CLINTON Co., INC., et al.— Motion for resettlement denied. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 279 App. Div. 483.]

ADA S. MIRSKY, Appellant, v. JOHN P. COHANE, Respondent. JOHN P. COHANE, Respondent, v. ADA S. MIRSKY et al., Appellants.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 972.]